# Order

**Michigan Supreme Court**
**Lansing, Michigan**

December 12, 2006

129438(53)
129482(55)

Clifford W. Taylor,
Chief Justice

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

RICHARD T. CLERC, Personal Representative of
the Estate of SARALYN M. CLERC, Deceased,
                    Plaintiff-Appellee,

v

CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL,
                    Defendant-Appellant,
and

ROBERT BAKER, M.D.,
                    Defendant-Appellee.

_____

SC: 129438
COA: 254940
Chippewa CC: 01-005641-NH

RICHARD T. CLERC, Personal Representative of
the Estate of SARALYN M. CLERC, Deceased,
                    Plaintiff-Appellee,

v

CHIPPEWA COUNTY WAR MEMORIAL
HOSPITAL,
                    Defendant-Appellee,
and

ROBERT BAKER, M.D.,
                    Defendant-Appellant.

_____

SC: 129482
COA: 254940
Chippewa CC: 01-005641-NH

On order of the Chief Justice, motions by defendant-appellant Banker and by plaintiff-appellee Clerq for extension of the time for filing their supplemental briefs are considered and they are GRANTED.



I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

December 12, 2006                    _____
                                                              Clerk